UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | | |
|---|---|---|
| DOREEN BANNEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 1:10-cv-00466-LEK- DRH |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 3rd day of August, 2010.

ATTORNEYS FOR PLAINTIFF
*Doreen Banner*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303
(fax)dkurz@attorneysforconsumers.com

Notice Filed electronically on this 3rd day of August, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 3rd day of August, 2010, to:

Jay Winston, Esq.
Winston & Winston, P.C.
295 MADISON Avenue
Suite 930
NEW YORK NY 10017


s/Jessica DeCandia
Jessica DeCandia