UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| DOREEN BANNEN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>ALLIANCEONE RECEIVABLES )<br>MANAGEMENT, INC. )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION<br>FILE NO. 1:10-cv-00466-LEK-DRH<br><br>JOINT MOTION FOR DISMISSAL<br>OF CASE WITH PREJUDICE |

Plaintiff, Doreen Bannen, by and through its counsel of record, Weisberg & Meyers, LLC (Dennis R. Kurz) and Defendant, AllianceOne Receivables Management, Inc., by and through its attorneys of record, Jay Winston, hereby jointly move for dismissal with prejudice of any and all claims that have been or could have been brought in this action against Defendant and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff, with the parties to bear their own costs and attorneys' fees.  As grounds for this motion, the parties advise the Court that this matter has been settled.

Respectfully submitted this 2nd day of September, 2010.

ATTORNEYS FOR PLAINTIFF
*Doreen Bannen*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
***Weisberg & Meyers, LLC***

        ATTORNEYS FOR DEFENDANT
*AllianceOne Receivables Management, Inc.*

        By: s/Jay Winston
        Jay Winston
        **Winston & Winston, PC**

Filed electronically on this 2nd day of September, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 2nd day of September, 2010, to:

Jay Winston, Esq.
Winston & Winston, P.C.
295 MADISON Avenue
Suite 930
NEW YORK NY 10017


s/Tremain Davis
Tremain Davis